No. 03–383. HOOHULI ET AL. *v.* LINGLE, GOVERNOR OF HAWAII, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–387. FISHER *v.* BOUCHARD, SHERIFF, OAKLAND COUNTY, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–392. PATAKI, GOVERNOR OF NEW YORK, ET AL. *v.* SARATOGA COUNTY CHAMBER OF COMMERCE, INC., ET AL. Ct. App. N. Y. Certiorari denied.

No. 03–394. AMBASE CORP. *v.* CITY INVESTING COMPANY LIQUIDATING TRUST ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–395. SADLOWSKI *v.* BENOIT. C. A. 1st Cir. Certiorari denied.

No. 03–399. KENTUCKY *v.* MCMANUS ET AL. Sup. Ct. Ky. Certiorari denied.

No. 03–401. TIDWELL *v.* LAW OFFICES OF CLAY RAGSDALE. Ct. Civ. App. Ala. Certiorari denied.

No. 03–404. JARRETT *v.* TOWN OF YARMOUTH, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–406. CAFFEY *v.* ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–422. REID *v.* CAPITAL ONE FINANCIAL CORP. C. A. 11th Cir. Certiorari denied.

No. 03–430. NYAGA ET AL. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–449. RICHARDSON CONSTRUCTION, INC., ET AL. *v.* TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–456. BROZO *v.* ORACLE CORP. C. A. 8th Cir. Certiorari denied.